IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO PEREZ, JR., <br> (TDCJ-CID #01189927) <br> Plaintiff, <br><br> vs. <br><br> BRAD LIVINGSTON, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION H-16-0306 <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on JAN 3 1 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE