

United States Courts
Southern District of Texas
FILED
September 30, 2021
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 8, 2021
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Sep 30, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20036

ROBERTO PEREZ, JR.,

*Plaintiff—Appellant*,

versus

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; CHRISTOPHER LACOX, WARDEN; ARIJ RAMADAN, CORRECTIONAL OFFICER; JIM PITCOCK, CORRECTIONAL OFFICER; AMBER TAYLOR, CORRECTIONAL OFFICER; JAMES MCCLELLAN, SERGEANT,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-306

---

Before HIGGINBOTHAM, WILLETT, and DUNCAN, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

No. 20-20036

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 30, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20036   Perez v. Collier
                        USDC No. 4:16-CV-306

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dawn M. Shulin, Deputy Clerk
                                504-310-7658

cc w/encl:
    Mr. Roberto Perez Jr.
    Mr. Landon Wade