IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO PEREZ, JR., § | |
| PLAINTIFF, § | |
| § | |
| § | CIVIL ACTION NO.: 4:16-cv-00306 |
| V. § | JURY DEMANDED |
| § | |
| § | |
| BRAD LIVINGSTON, et al. § | |
| DEFENDANTS § | |
| § | |

## PLAINTIFF'S WITNESS LIST

Roberto Perez, Jr. ("Plaintiff") hereby submits his Witness List, as follows:

*Perez Will or May Call Live*

1. Roberto Perez, Jr.
   a. *Plaintiff*
2. James McClellan
   a. *Defendant. He has provided Deposition testimony.*
3. Amber Taylor
   a. *Defendant. She has provided Deposition testimony.*
4. Arij Valenti (Ramadan)
   a. *Defendant. She has provided Deposition testimony.*
5. Jim Pittcock
   a. *Defendant. He has provided Deposition testimony.*
6. Cheryl Lang
   a. *Nurse- Medical Provider- who inspected Plaintiff following use of force. She has provided deposition testimony.*
7. Sarah Pierson
   a. *Nurse- Medical Provider- who inspected Plaintiff following use of force. She has provided deposition testimony.*
8. Richard Young
   a. *Nurse Practitioner- Medical Provider- who inspected Plaintiff following use of force.*

Plaintiff reserves the right to call any witness listed on the trial witness list of Defendants and to question and/or cross-examine any witness called by Defendants, whether called live, remotely, or by deposition. Plaintiff further reserves the right to call any witnesses designated as a person with knowledge by Defendants in its case in chief or in rebuttal. Plaintiff further reserves the right to call

rebuttal witnesses not designated, but whose testimony cannot be anticipated at this time. By calling another party's witness, whether a fact or designated expert witness, Plaintiff does not acknowledge that it agrees with, adopts, or endorses any testimony they may give or to their qualifications, nor does the Plaintiff waive its right to strike or disqualify such witness.

Respectfully submitted,

SORRELS LAW

*/s/ John W. Busch*
Randall O. Sorrels
State Bar No. 10000000
Federal ID No. 11115
R. Turner Johnston
State Bar No. 24110058
Federal ID No. 3322749
John W. Busch
State Bar No. 24081914
Federal ID No. 2320921
230 Westcott Street, Suite 100
Houston, Texas 77007
Phone: (713) 496-1100
randy@sorrelslaw.com
turner@sorrelslaw.com
jb@sorrelslaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the March 14, 2025, I electronically served the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the CM/ECF electronic case filing system of the court and/or served the foregoing document by another method authorized by Federal Rule of Civil Procedure 5(b).

*/s/ John W. Busch*
John W. Busch