United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERTO PEREZ,** § | | |
| **TDCJ #01189927,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **CIVIL ACTION NO. 4:16-cv-0306** |
| § | | |
| **BRAD LIVINGSTON,** *et al.*, § | | |
| *Defendants.* § | | |

## ORDER

On this day came to be considered Defendants Arij Ramadan, Amber Taylor, James McClellan, and Jim Pitcock's Unopposed Motion for Continuance of Trial. After considering the motion the Court is of the opinion that the following order should be issued:

It is hereby **ORDERED** that Defendants' Unopposed Motion for Continuance of Trial is **GRANTED**.

The docket call is reset to May 23, 2025 at 1:30 PM. Trial is reset to May 27, 2025 at 9:00 AM.

**SIGNED** on this the 19th day of March, 2025.



**JUDGE PRESIDING**