United States District Court
Southern District of Texas
**ENTERED**
April 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO PEREZ, JR., § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-00306 |
| § § | |
| BRAD LIVINGSTON, *et al.*, § § | |
| Defendants. § | |

ORDER FOR WRIT OF

HABEAS CORPUS AD TESTIFICANDUM

A status conference is scheduled before Judge Alfred H. Bennett, **April 9, at 10:30 a.m.** It is hereby ORDERED that the Texas Department of Criminal Justice shall transport the defendant, Roberto Perez Jr. 01189927, to the United States Courthouse, 515 Rusk, Houston, TX, Courtroom 9A.

The Clerk shall send a copy of this order to the parties.

Signed on April 4, 2024.

_____
Alfred H. Bennett
United States District Judge